NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Defendant-Appellant,*

v.

**XL SPECIALITY INSURANCE COMPANY,**
*Defendant-Appellee.*

---

2012-1027

---

Appeal from the United States Court of International Trade in case no. 06-CV-0141, Judge Jane A. Restani.

---

**ON MOTION**

---

**O R D E R**

Canex International Lumber Sales, Ltd. moves for a 30-day extension of time, until January 18, 2012, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 2 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aimee Lee, Esq
    Joel R. Junker, Esq.
    T. Randolph Ferguson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK